

NUMBER 13-15-00420-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

JIMMY JOHNSON,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

On appeal from the 347th District Court
of Nueces County, Texas.

## ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record. The reporter's record in this matter was due on October 12, 2015. On October 15, 2015, the Clerk of this Court notified the reporter that the record was due on October 12, 2015, and requested that she file a response as to the status of the record. The reporter was

advised that if a response was not filed, the matter would be referred to the Court for appropriate action. To date, the reporter has failed to respond to this Court's notice and a reporter's record has not been filed.

The Court is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter. Reporter, Myra Haney, is hereby ORDERED to file the reporter's record in this Court on or before December 21, 2015. Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this he
24th day of November, 2015.

2